UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　v. )<br>ARTHUR WILLIAM BOWLES, )<br>　　　Defendant. )<br>_____ ) | No. CR 08-0686 SI<br><br>**[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The Court enters this Order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, for defendant ARTHUR WILLIAM BOWLES from *November 14, 2008, to December 19, 2008.* On November 14, 2008, the defendant appeared for an initial status conference before United States District Court Judge Susan Illston. At the status conference, the parties consented to an exclusion of time from November 14 to December 19, 2008, and the Court ordered time excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agreed that a continuance was necessary for the defendants' review of discovery to be produced by the government. The Court also found that the ends of justice served by the granting of the continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Date: _____, 2008

_____
**Hon. Susan Illston**
**U.S. District Court Judge**

PROPOSED STA ORDER
CR 08-0686 SI