BARRY J. PORTMAN
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant BOWLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-686 SI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| ARTHUR BOWLES | ) ) | **CURRENT HEARING DATE:** May 15, 2009, at 11:00 a.m. |
| Defendant. | ) ) | **PROPOSED HEARING DATE:** June 5, 2009, at 11:00 a.m. |

1. On January 30, 2009, Mr. Bowles entered a plea of guilty before this Court. His sentencing was scheduled for May 15, 2009.

2. Undersigned counsel met with Mr. Bowles on the date of this filing to prepare for the sentencing hearing and learned that Mr. Bowles had dental surgery last week and is in a significant amount of pain. He is on a number of painkillers and is having trouble talking because his mouth is visibly swollen.

3. In order to ensure that Mr. Bowles has the opportunity to allocute on his own behalf at the sentencing hearing and has full awareness of the proceedings, undersigned counsel is requesting a continuance of the hearing.

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Bowles*, CR 08-686 SI               1

  4. Undersigned counsel will be on leave on Friday, May 22, as well as Friday, May 29. In order to allow for his attorney to be present during the hearing, Mr. Bowles requests that the sentencing be re-scheduled for Friday, June 5.

  5. AUSA Nat Cousins does not oppose this request. Undersigned counsel left a message for USPO Ann Searles but it has not been returned.

IT IS SO STIPULATED.

5/12/09                 /s/
_____    _____
DATED                NAT COUSINS
                  Assistant United States Attorney

5/12/09                 /s/
_____    _____
DATED                RITA BOSWORTH
                  Assistant Federal Public Defender

IT IS SO ORDERED.

_____    _____
DATED                SUSAN ILLSTON
                  United States District Judge